| 1. Person Reporting (Last name, First name, Middle initial) ROTH, JANE R | 2. Court or Organization THIRD CIRCUIT | 3. Date of Report 8/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 844 King Street, Lock Box 12 U.S. Courthouse Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Consultors | Villanova Univ. School of Law |
| 2. Board of Overseers | Widener Univ. School of Law |
| 3. Director | World Affairs Council of Wilmington |
| 4. Board of Director | Foundation for Research on Economics and the Environment |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 17 11 04 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Hercules, Inc. pension |

## IV. REIMBURSEMENTS  -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Harvard Law School | March 19-20 - Cambridge, MA, Moot Court, (Transportation, Meals, Room (self)) |
| 2. | FREE | Aug. 4-5 - Boseman, MT, Bd Meeting (Transportation, Meals, Room (self and ████)) |
| 3. | FREE | Aug. 6-10 - Boseman, MT, Conference (Transportation, Meals, Room)(self and ████ |
| 4. | New York Intellectual Property Assn | Mar. 28-29 - NY, NY, Dinner (Transportation, Meals, Room) (self and ████) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wilmington Trust Co. | Mortgage, Seeley Lake, MT | N |

Name of Person Reporting
ROTH, JANE R

Date of Report
8/11/2004

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ N●NE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wilmington Trust Money Market Acct. | A | Interest | K | T | | | | | |
| 2. Wilmington Trust Checking Acct | A | Interest | J | T | | | | | |
| 3. TRUST WITH WILM. TRUST | | | | | | | | | |
| 4. BP PLC | A | Dividend | K | T | | | | | |
| 5. Exxon Common Stock | B | Dividend | L | T | | | | | |
| 6. Johnson & Johnson Common | C | Dividend | M | T | | | | | |
| 7. Schering-Plough Common | A | Dividend | K | T | | | | | |
| 8. Pepsico Common Stock | C | Dividend | M | T | | | | | |
| 9. Proctor & Gamble Common | B | Dividend | L | T | | | | | |
| 10. Minnesota M&M Common | B | Dividend | L | T | | | | | |
| 11. Hewlett-Packard Common | B | Dividend | L | T | | | | | |
| 12. Air Prod & Chem Common | C | Dividend | M | T | | | | | |
| 13. Wilm Trust Corp Common | C | Dividend | M | T | | | N | G | |
| 14. WTC Common Funds | C | Dividend | O | T | | | | | |
| 15. Wilm. Prime Money Market | | | | | | | | | Below disclosure level |
| 16. Agilent Technologies | | None | | | Sell | 3/05 | J | | |
| 17. Family Trust | | | | | | | | | |
| 18. Municipal Bond Fund | B | Interest | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R | 8/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Wilm Trust Corp. Common | D | Dividend | N | T | | | | | |
| 20. WTC Common Funds | A | Dividend | K | T | | | | | |
| 21. Wilm Prime Money Market | | | | | | | | | Below disclosure level |
| 22. IRA - Morgan Stanley/Dean Witter Mutual Fund | C | Interest | | | Transfer | 7/30 | N | | Transferred to Wilm Trust IRA |
| 23. IRA - WITC Retirement Certificate | A | Interest | K | T | | | | | |
| 24. IRA - Dreyfus Invest. Services | A | Interest | | | Transfer | 7/30 | L | | Transferred to Wilm Trust IRA |
| 25. IRA - Legg Mason Mutual Fund | A | Dividend | | | Transfer | 7/30 | L | | Transferred to Wilm Trust IRA |
| 26. Wilm Trust Cap Advantage Acct | A | Interest | L | T | | | | | |
| 27. Legg Mason IRA (Special Investment Trust) | | | M | T | | | | | ████ died 12/13 |
| 28. Legg Mason Equity Fund Acct | A | Dividend | | | Sell | 11/21 | K | D | ████ died 12/13 |
| 29. Legg Mason Internat'l Equity Trust | A | Interest | J | T | | | | | ████ died 12/13 |
| 30. Legg Mason Value Trust | A | Interest | M | T | | | | | ████ died 12/13 |
| 31. Legg Mason Opportunity Trust | A | Dividend | L | T | | | | | ████ died 12/13 |
| 32. LM Am Leading Cos Trust | A | Dividend | L | T | | | | | ████ died 12/13 |
| 33. Royce Funds | A | Dividend | L | T | | | | | ████ died 12/13 |
| 34. LM Income Portfolio | A | Dividend | L | T | | | | | ████ died 12/13 |
| 35. Euro-Pac Growth Fund | A | Dividend | K | T | | | | | ████ died 12/13 |
| 36. PIMCO Fund (misspelled PINCO last year) | B | Dividend | L | T | | | | | ████ died 12/13 |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Avon Products-X | A | Dividend | J | T | Buy | 1/24 | J | | ▓▓▓ died 12/13 |
| 38. Beckton Dickrason & Co-X | A | Dividend | J | T | Buy | 1/24 | J | | ▓▓▓ died 12/13 |
| 39. | | | J | T | Buy | 3/18 | J | | ▓▓▓ died 12/13 |
| 40. Diebold Inc.-X | A | Dividend | J | T | Buy | 2/04 | J | | ▓▓▓ died 12/13 |
| 41. Pfizer, Inc-X | A | Dividend | J | T | Buy | 2/25 | J | | ▓▓▓ died 12/13 |
| 42. | | | J | T | Buy | 1/24 | J | | ▓▓▓ died 12/13 |
| 43. United Technologies Corp | A | Dividend | J | T | Buy | 2/25 | J | | ▓▓▓ died 12/13 |
| 44. Wilm Trust IRA | | | | | | | | | Established 7/30 - rollover - |
| 45. Scudder Fund, Managed Cash | B | Interest | M | T | Buy | Sept. | M | | |
| 46. Fidelity Equity Fund Real Estate | B | Interest | K | T | Buy | Oct | K | | |
| 47. WT Mutual Fund - Small Cap | | | K | T | Buy | Oct | K | | |
| 48. T Rowe Price High Yield Fund | C | Interest | K | T | Buy | Oct | K | | |
| 49. Guidance Cap Blue T.E. Fund | | | N | T | Buy | Oct | N | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROTH, JANE R | 8/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

Wilmington Trust IRA was established by Agreement of 7/30, rollover from Morgan Stanley, Dreyfus (Mellon) and Legg Mason IRAs.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROTH, JANE R | 8/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

## K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature █████████████████████

Date Aug. 11, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544